FILED
2025 Jan-08  AM 09:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| GREGORY P. RHODES, | ) | |
| | ) | Case No. 2:24-cv-00858-SGC |
| Plaintiff, | ) | [Exhibit to Doc. 12] |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF FILING OF EXHIBIT TO DEFENDANT'S
## MOTION TO MODIFY ORDER

Defendant the Internal Revenue Service filed a *Motion to Modify Order* (Doc. 12) with an accompanying brief in support. The brief in support references the Declaration of Andrew Keaton, but the Declaration was inadvertently not included as an exhibit with the filing. Defendant the Internal Revenue Service hereby submits the attached Declaration of Andrew Keaton as an exhibit to its brief in support of its *Motion to Modify Order*. (Doc. 12.)

*[signature on following page]*

Dated: January 8, 2025                    Respectfully submitted,

                                          **DAVID A. HUBBERT**
                                          Deputy Assistant Attorney General

                                          /s/ *Robert J. Atras*
                                          ROBERT J. ATRAS
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice
                                          P.O. Box 227
                                          Washington, D.C. 20044
                                          Tel: 202-307-3738
                                          Fax: 202-514-6866
                                          Robert.J.Atras@usdoj.gov
                                          *Counsel for the Internal Revenue*
                                          *Service*

                                          OF COUNSEL:

                                          **PRIM F. ESCALONA**
                                          United States Attorney
                                          RICHARD E. O'NEAL
                                          Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 8, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


/s/ Robert J. Atras
Robert J. Atras
Trial Attorney
United States Department of Justice